GEORGE L. ARMOUR, as Trustee under a Deed of Trust Made by BERNARD R. ARMOUR for the Benefit of RACHEL ARMOUR and Others, Respondent, v. RACHEL ARMOUR et al., Respondents, and A. CHAUNCEY NEWLIN, as General Guardian of TOBY ARMOUR, an Infant, et al., Appellants.

GEORGE L. ARMOUR, as Trustee under a Deed of Trust Made by BERNARD R. ARMOUR for the Benefit of RUTH ARMOUR and Others, Respondent, v. RUTH ARMOUR et al., Respondents, and A. CHAUNCEY NEWLIN, as General Guardian of TOBY ARMOUR, an Infant, et al., Appellants.

GEORGE L. ARMOUR, as Trustee under a Deed of Trust Made by BERNARD R. ARMOUR for the Benefit of GERALDINE R. THEIL

and Others, Respondent, v. Joseph Broadman, as Ancillary Executor of Geraldine R. Theil, Deceased, et al., Respondents, and A. Chauncey Newlin, as General Guardian of Toby Armour, an Infant, et al., Appellants.

Argued October 4, 1954; decided November 18, 1954.

A. *Chauncey Newlin,* in person, and *Asbury Hayne de Yampert, Harold A. Westcott* and *John A. Garvey, Jr.,* for A. Chauncey Newlin, as general guardian for Toby Armour, an infant, appellant.

*J. Robert Bleakley, William F. Bleakley,* appellant in person, and *Charles L. Brieant, Jr.,* for Ruth Armour, appellant.

*Stephen P. Duggan, Jr.,* and *Burton M. Abrams* for George F. Lewis, Jr., and others, as executors of Bernard R. Armour, deceased, respondents.

*James J. Crisona,* in person, *Herman B. Goodstein,* in person, and *Earl J. Wofsey* for James J. Crisona, as guardian ad litem for Rachel Armour and another, infants, and for Herman B. Goodstein, guardian ad litem for Ruth Armour, an infant, respondents.

*Murray I. Gurfein, Christopher J. Taylor* and *James F. Cahill* for George L. Armour, respondent.

Judgment affirmed, with one bill of costs to all respondents appearing separately and filing separate briefs payable out of the trust fund; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.